UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO MARK S. DAVIS
CLERK OF COURT CHIEF JUDGE

## ACKNOWLEDGEMENT OF RECEIPT

The Court is in receipt of your complaint/petition. The case has been assigned as outlined below. Please include this case number on all future filings and correspondence made in connection with this matter.

Caption: **Joshua Adam Schulte v. David Orr**

Case Number: **2:23-cv-00433**

You MUST immediately provide the Court with written notice of any new address in the event of relocation while this action is pending. FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THE ACTION.

Please mail future filings and correspondence made in connection with this matter to:

Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510